FILED

09/05/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0138

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0138

| | |
|---|---|
| IN RE THE MARRIAGE OF, | ) |
| | ) |
| JACQUILINE STEINMANN, | ) |
| | ) |
| | ) |
| Petitioner/Appellee, | ) |
| | ) |
| and | ) |
| | ) |
| BRETT STEINMANN, | ) |
| | ) |
| | ) |
| Respondent/Appellant. | ) |

## GRANT OF APPELLANT'S EXTENSION OF TIME

Pursuant to the authority granted under Rule 26, M.R.App.P., Appellant's

Unopposed Motion for Extension of Time is granted. Appellant may file and serve

its reply brief in this matter on or before September 11, 2023.

No further extensions will be granted.

DATED this _____day of September, 2023

_____
Clerk of Court

CC: Karl Knuchel

Christopher Gillette

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 5 2023